

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00193-CV

Alfonso **TREVINO**, III, individually and Alfonso Trevino, III, as representative and beneficiary of Estate of Geraldine Trevino, and Alfonso Trevino, III, A/N/F of minors C.T. and A.T., IV, beneficiaries of Estate of Geraldine Trevino,
Appellant

v.

Alejandro **OROZCO**, Jr. and City of San Antonio,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17867
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellants filed a notice of appeal on April 4, 2022. We ordered that appellants clarify which judgment or order in the clerk's record they seek to appeal and provide the date of the judgment or order. *See* TEX. R. APP. P. 25.1(d)(2). Appellants filed a response and attached the order they seek to appeal. We ORDER appellants to cause a supplemental clerks record with the signed written order within **ten days from the date of this order.** *See id.* R. 34.5(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court